Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRENCH KNOT, LLC,<br><br>Plaintiff,<br>v.<br><br>COLUMBIA SPORTSWEAR COMPANY, et al.,<br><br>Defendants. | Case No.: 2:18-cv-04125-DMG-AFM<br>*Honorable Dolly M. Gee Presiding*<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

1

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE that the parties to this action hereby STIPULATE that this action be dismissed with prejudice in its entirety with each party bearing its own costs and attorneys' fees as incurred in this action. This stipulation is made pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and per that statute does not require an order.

SO STIPULATED.

Date: November 6, 2018          By:    /s/ *Scott Alan Burroughs*
                                       Scott Alan Burroughs, Esq.
                                       Trevor W. Barrett, Esq.
                                       Justin M. Gomes, Esq.
                                       DONIGER / BURROUGHS
                                       Attorneys for Plaintiff

Dated:  November 6, 2018         By:    /s/ *L. Lisa Sandoval*
                                       L. Lisa Sandoval, Esq.
                                       CALL & JENSEN
                                       Attorneys for Defendants

STIPULATION TO DISMISS ACTION