UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

**JS-6**

| | | | |
|---|---|---|---|
| Case No. | **CV 18-4125-DMG (AFMx)** | Date | November 9, 2018 |

Title *French Knot, LLC v. Columbia Sportswear Company, et al.*

Present: The Honorable DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Kane Tien | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

In light of the parties' stipulation to dismiss filed on November 6, 2018 [Doc. # 65], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party to bear its own costs and attorneys' fees as incurred in this action. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.